UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE OVERTON,<br>    Plaintiff,<br>v.<br>UBER TECHNOLOGIES INC,<br>    Defendant. | Case No. 18-cv-02166-EMC<br><br>**SCHEDULING ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 2 |

Defendants' response to Plaintiffs' application for a temporary restraining order is due on Tuesday, April 17, 2018. The motion will be deemed submitted upon Defendants' opposition unless the Court issues a further order.

Plaintiffs must serve a copy of this Order on Defendants immediately and promptly file a proof of service with the Court. The Court shall e-mail a courtesy copy of this order to Plaintiffs at Carpartners1@gmail.com.

**IT IS SO ORDERED**.

Dated: April 11, 2018

_____
EDWARD M. CHEN
United States District Judge