UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE OVERTON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendant s. | Case No.  C18-2166 EMC<br><br>**ORDER RE DEFENDANT'S MOTION TO DISMISS** |

The Court is in receipt of Defendant's Uber Technologies, Inc. motion to dismiss, which is noticed for hearing before this Court on July 27, 2018 at 1:30 p.m.  Plaintiff's opposition to Defendant's Uber Technologies, Inc.'s motion shall be filed and served by June 14, 2018. Defendant Uber Technologies, Inc.'s  reply shall be filed and served by June 21, 2018.

**Plaintiff is cautioned that the failure to file an opposition to Defendant Uber Technologies, Inc.'s  motion by the date identified above (1) may be deemed consent to the granting of Defendant Uber Technologies, Inc.'s  motion and (2) may result in dismissal which could end this case.**

**IT IS SO ORDERED**.

Dated: 6/1/2018

_____
EDWARD M. CHEN
United States District Judge