1 ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
2 DAVIS WRIGHT TREMAINE LLP
3 505 Montgomery Street, Suite 800
San Francisco, California 94111
4 Telephone: (415) 276-6500
Facsimile: (415) 276-6599
5 Email: allisondavis@dwt.com
   sanjaynangia@dwt.com
6
*Attorneys for Uber Technologies, Inc.,*
7 *Rasier-CA, LLC, and Uber USA, LLC*
8
[Additional Parties Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCHIE OVERTON, S. PATRICK MENDEL,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. RASIER-CA, LLC, UBER USA, LLC, and DOES 1-100, individuals acting in concert with UBER TECHNOLOGIES, INC.; MICHAEL PICKER, in his individual and Official Capacity; CARLA J. PETERMAN, in her individual and Official Capacity; LIANE M. RANDOLPH, in her individual and Official Capacity; CLIFFORD RECHTSCHAFFEN, in his individual and Official Capacity; MARTHA GUZMAN ACEVES, in her individual and Official Capacity,<br><br>Defendants. | Case No. 18-cv-02166-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER REGARDING MOTION TO DISMISS BRIEFING AND HEARING DATE, AND CASE MANAGEMENT CONFERENCE HEARING DATE** |

1  WHEREAS, Defendants Uber Technologies, Inc., Rasier-CA, LLC, and Uber USA, LLC (collectively, and for convenience, "Uber Defendants") filed a Motion to Dismiss Plaintiffs' First Amended Complaint on May 31, 2018;

The hearing on Uber Defendants' Motion to Dismiss was reset for July 27, 2018;

The Case Management Conference (CMC) was also reset to July 27, 2018;

Defendants Carla J. Peterman, Liane M. Randolph, Clifford Rechtschaffen, Martha Guzman Aceves (collectively, and for convenience, "the CPUC Defendants") intend to file a Motion to Dismiss Plaintiffs' First Amended Complaint on June 11, 2018;

The parties desire the briefing schedule on both motions to be coordinated, and to allot modest additional time to prepare their briefs;

Counsel for Uber Defendants is unavailable on July 27[1];

Counsel for the CPUC Defendants is unavailable on July 12 and July 19;[2]

All counsel/party representatives are available on August 1, 2018;

THEREFORE, IT IS STIPULATED AND AGREED by and among the undersigned as follows:

1. The CMC and hearing for both Motions to Dismiss will be moved to August 1, 2018 at 10:30 a.m.; and

2. The parties' briefing schedule is as follows:

- Plaintiffs' deadline to file an Opposition to Uber Defendants' Motion to Dismiss shall be June 26, 2018.
- Plaintiffs' deadline to file an Opposition to the CPUC Defendants' Motion to Dismiss shall be June 26, 2018.
- Uber Defendants' deadline to submit a Reply in support of their Motion to Dismiss shall be July 9, 2018.
- The CPUC Defendants' deadline to submit a Reply in support of their Motion to Dismiss shall be July 9, 2018.

---

[1] Counsel is unavailable due to a long-planned family trip on July 27-July 31, and is also unavailable out of town on August 10.
[2] Counsel for the CPUC Defendants has a long-planned family vacation from July 9 through July 20, and is also unavailable on August 3.

DATED this 8th day of June 2018				Respectfully submitted,

						DAVIS WRIGHT TREMAINE LLP


						By:	*/s/ Sanjay M. Nangia*
							Sanjay M. Nangia

						*Attorneys for Uber Technologies, Inc., Rasier-CA, LLC, and Uber USA, LLC*



						By:	*/s/ Jonathan C. Koltz*
							Jonathan C. Koltz

						Attorney for the California Public Utilities Commission

_____
Archie Overton

_____
Shawn Mendel

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 6/8/2018  _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF CONCURRENCE IN THE FILING**

I, Sanjay M. Nangia, an ECF User whose ID and password are being used to file this STIPULATION in compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 8, 2018 By: /s/*Sanjay Nangia*